```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 19-01443-RNO
Herbert A. Ortiz                                                Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: CourtneyG            Page 1 of 2            Date Rcvd: Sep 17, 2019
                              Form ID: fnldecnd          Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db            +Herbert A. Ortiz,    2221 Sutton Drive,    Stroudsburg, PA 18360-8707
5182801        Admirals Bank,    PO Box 6808,    Providence, RI 02940-6808
5182800       +Admirals Bank,    815 Reservoir Avenue,    Cranston, RI 02910-4442
5182802       +American Express,    PO Box 981537,    El Paso TX 79998-1537
5182803       +Barclays Bank Delaware,    PO Box 8803,    Att: Credit Bureau,    Wilmington,DE 19899-8803
5182804        BestBuy CBNA,    701 East 6oth Street,    Sioiux Falls, SD 57104
5182805       +Chase Card,    301 N Walnut St, Floor 09,    Wilmington, DE 19801-3971
5182806       +Children's Hospital of Philadelphia,     3401 Civic Center Blvd,    Philadelphia, PA 19104-4319
5182807       +Citicards CBNA,    701 E 60th Street N,    Sioux Falls, SD 57104-0432
5182808       +Comenity Bank / Orbitz,    PO Box 182120,    Columbus OH 43218-2120
5182809        Computer Credit, Inc.,    470 West Hanes Mill Road,    PO Box 5238,
                Winston-Salem, NC 27113-5238
5182814       +EXR, LLC,    25 Perlman Drive, Suite 23-2,    Spring Valley, NY 10977-5281
5182811       +Ebenezer Baptist Church,    153 William Street,    Orange, NJ 07050-4076
5182812       +Energy in the Bank Dev. Partners, LLC,     John J. Martin, Trustee,    1022 Court Street,
                Honesdale, PA 18431-1925
5182813       +Everest Financial,    8200 NW 52nd Terrace,    2nd Floor,    Doral, FL 33166-7852
5182815       +FNB Omaha,    PO Box 3412,    Omaha NE 68103-0412
5182816        Geisinger,    100 North Academy Ave,    Danville PA 17822-3941
5182817       +General Energy Solutions USA Inc.,     Attn: Robert Sander, Corp. Counsel,
                701 West Kimberly Ave, Ste 220,    Placentia, CA 92870-6314
5182818       +John J. Martin, Trustee,    Energy in the Bank,    1022 Court Street,    Honesdale, PA 18431-1925
5182819       +Kenneth L. Kutner, Esquire,    One Grand Central Place,    60 East 42nd Street, Suite 1420,
                New York, NY 10165-1444
5182821       +Law Offices of Charles Autin,    204 Taylor Street, 2nd Floor,    Orange, NJ 07050-3412
5182822        Lehigh Valley Health Network,    PO Box 781733,    Philadelphia PA 19178-1733
5182823       +Mahoney Sabol & Co. LLP,    PO Box 934, 80 Plains Road,    Essex, CT 06426-0934
5182824       +Maria Picon,    2221 Sutton Drive,    Stroudsburg, PA 18360-8707
5184456        Mercedes-Benz Financial Services USA LLC,     c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
5182827       +NEPA School Emp. FCU,    934 N. 9th Street,    Stroudsburg, PA 18360-1208
5182828       +New Jersey Community Capital,    108 Church Street, 3rd Floor,    New Brunswick, NJ 08901-2002
5182829      #+Onyx Renewables,    880 3rd Ave, 11th Floor,    New York, NY 10022-5088
5182832       +PNC Bank,    PO Box 3180,    Pittsburgh PA 15230-3180
5182833       +PNC Bank,    PO Box 3429,    Pittsburgh PA 15230-3429
5182831        Physician Billing PB CHOP,    PO Box 788017,    Philadelphia, PA 19178-8017
5182834        Pocono Medical Center,    PO Box 822009,    Philadelphia PA 19182-2009
5182835        Select Portfolio Servicing, Inc.,     PO Box 65227,    Salt Lake City, UT 84165
5182837       +St. Luke's U. Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
5182838        Susan Odessky,    6026 Blue Beech Drive,    East Stroudsburg, PA 18301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 19:29:37
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5217240       +E-mail/Text: bnc@atlasacq.com Sep 17 2019 19:10:33     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
5182810        E-mail/Text: mrdiscen@discover.com Sep 17 2019 19:10:32     Discover Bank,    PO Box 15316,
                Att: CMS/Prod Develop,    Wilmington DE 19850-5316
5182820        E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 19:10:33     Kohls / Capital One,
                PO Box 3115,    Milwaukee WI 53201-3115
5182825       +E-mail/Text: M74banko@daimler.com Sep 17 2019 19:10:56     Mercedes-Benz Financial Svcs,
                PO Box 961,    Roanoke, TX 76262-0961
5182826        E-mail/Text: jbenner@nepafcu.org Sep 17 2019 19:10:36     NE PA Community FCU,
                934 N 9th Street,    Stroudsburg, PA 18360-1208
5182830       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:47     PayPal Credit,    PO Box 5138,
                Timonium, MD 21094-5138
5182839       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:58     SYNCB / JCPenneys,
                4125 Windward Plaza,    Alpharetta, GA 30005-8738
5182840       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:47     SYNCB / Sam's Club DC,
                4125 Windward Plaza,    Alpharetta, GA 30005-8738
5182841       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:59     SYNCB / Walmart DC,
                4125 Windward Plaza,    Alpharetta, GA 30005-8738
5183065       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:59     Synchrony Bank,
                c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
```

```
District/off: 0314-5           User: CourtneyG            Page 2 of 2                   Date Rcvd: Sep 17, 2019
                               Form ID: fnldecnd          Total Noticed: 46

5182836        ##Select Portfolio Servicing, Inc.,   3815 South West Temple St.,   Salt Lake City, UT 84115-4412
                                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              J. Zac Christman    on behalf of Debtor 1 Herbert A. Ortiz zac@fisherchristman.com,
               office@fisherchristman.com
              James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2018-6, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Herbert A. Ortiz,<br>aka Herbert Antonio Ortiz, fdba Energy in the Bank Development Partners, LLC,<br>**Debtor 1** | Chapter 7<br><br>Case No.  5:19−bk−01443−RNO |

Social Security No.:
xxx−xx−4882

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Herbert A. Ortiz** in accordance with F.R.B.P. 4004(c)(1)(H).

Dated:  September 17, 2019

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyGabriel, Deputy Clerk

**fnldec** (05/18)